#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ALGERITA FISHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No. 14-CV-485-TCK-TLW |
| v. | ) | |
| | ) | |
| **AMERICA'S AUTO AUCTION, INC., and** | ) | |
| **TULSA AUTO AUCTION, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### JUDGMENT

On May 20, 2016, the Court entered an order dismissing this action without prejudice based on lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Judgment for Defendants and against Plaintiff is hereby entered pursuant to Rule 41(b).

This Judgment terminates the litigation.

**SO ORDERED** this 23rd day of May, 2016.

_____
**TERENCE KERN**
**United States District Judge**